UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: THE DRISCOLL FIRM P.C.

---

JAMES DONALDSON, ETAL

                                                         Plaintiff(s)

- against -

Index # 1:18-CV-07442-LDH-JO

HSBC HOLDING, PLC, ETAL

Purchased January 4, 2019
File # 125 (CC)

                                                  Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 21, 2019 at 11:08 AM at

ATTN: PATRICK BURKE (CHAIRMAN, PRESIDENT, AND CEO)
452 FIFTH AVENUE
NEW YORK, NY10018

deponent served the within SUMMONS AND COMPLAINT on HSBC BANK USA, N.A. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to GILLIANNE BUTLER personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 45 | 5'7 | 180 |

Sworn to me on: February 22, 2019

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2023

**ANDRE MEISEL**
License #: 1372356
Invoice #: 713298