UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: THE DRISCOLL FIRM P.C.

JAMES DONALDSON, ETAL

Plaintiff(s)

- against -

Index # 1:18-CV-07442-LDH-JO

HSBC HOLDING, PLC, ETAL

Defendant(s)

Purchased January 4, 2019
File # 132.50 (CC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 25, 2019 at 10:19 AM at

ATTN: OFFICER OR REGISTERED AGENT
174 MONTAGUE STREET
BROOKLYN, NY 11201

deponent served the within SUMMONS AND COMPLAINT on HSBC BANK USA, N.A. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to DULCE DOMINGUEZ personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 45 | 5'5 | 145 |

Sworn to me on: February 25, 2019

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2023

CHRISTOPHER J. KLEIN
License #: 1188546
Invoice #: 713299

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045