UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JAMES DONALDSON et al.
                Plaintiffs,

                ORDER

    - against -

                18-CV-7441 (LDH) (JO)

HSBC HOLDINGS PLCS et al,
                Defendants.
----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Alex C. Lakatos, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By March 28, 2019, Mr. Lakatos shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Lakatos shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Lakatos shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated:  Brooklyn, New York
         March 21, 2019

                                                          /s/
                                              James Orenstein
                                              U.S. Magistrate Judge