AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| JAMES DONALDSON, ET AL., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-7442 (LDH-JO) |
| HSBC HOLDINGS PLC, ET AL., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Credit Suisse AG.

Date: 03/26/2019

/s/ Alex C. Lakatos
*Attorney's signature*

Alex C. Lakatos (admitted Pro Hac Vice)
*Printed name and bar number*
Mayer Brown LLP
1999 K Street
Washington, D.C. 20006

*Address*

alakatos@mayerbrown.com
*E-mail address*

(202) 236-3000
*Telephone number*

(202) 236-3300
*FAX number*