UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES DONALDSON, et al.,
                Plaintiff,

            - against -

HSBC HOLDINGS PLC, et al.
                Defendant.
-----------------------------------------------------------X

ORDER

18-CV-7442 (LDH) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Russell W. Budd, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By April 5, 2019, Mr. Budd shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Budd shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Budd shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated:  Brooklyn, New York
          March 29, 2019

                                                            /s/
                                                James Orenstein
                                                U.S. Magistrate Judge