UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JAMES DONALDSON, et al.
                      Plaintiffs,

                                                                          ORDER

          - against -

                                                                     18-CV-7442 (LDH) (JO)

HSBC HOLDINGS PLC, et al.,
                      Defendants.
----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

        Attorney Daniel Alberstone, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By April 10, 2019, Mr. Alberstone shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Albertsone shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Alberstone shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

        SO ORDERED.

Dated: Brooklyn, New York
         April 3, 2019

                                                                                   /s/
                                                         James Orenstein
                                                         U.S. Magistrate Judge