# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| JAMES DONALDSON, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-07442-LDH-JO |
| HSBC HOLDINGS PLC, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs (see attached).

Date: 04/04/2019

/s/Russell W. Budd
*Attorney's signature*

Russell W. Budd (Admitted Pro Hac Vice)
*Printed name and bar number*

BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, Texas  75219
*Address*

rbudd@baronbudd.com
*E-mail address*

(214) 521-3605
*Telephone number*

(214) 520-1181
*FAX number*

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| James Donaldson, et al. v. HSBC Holdings PLC, et al. | 1:18-cv-7442-LDH-JO |
| Plaintiffs, Chelsea Adair, James Adair, Luis Aguilar, Manuel Aguilar, Constance Ahearn, James Ahearn, Sr, Kevin Ahearn, Amber Ahrens, Howard Allen, Charles Altman, Jake Altman, Michael Altman, Nadja Altman, Carmelo Anaya, Jr, Cheryl Anaya, Michael Anaya, Brent Anderson, Bryan Anderson, Robert Anderson, Brenda Angell, Melanie Atzmann, Audry Barber, Brian Beem, Cassandra Beem, Diane Beem, Elizabeth Beem, Joseph Beem, Jr, Joseph Beem, Kaitlyn Beem, Stephanie Benefield, Dirrick Benjamin, Darnell Bennett, Dempsey Bennett, Doris Bennett, Durrell Bennett, Adrianne Blickenstaff, Jared Blickenstaff, John Blickenstaff, Misty Blickenstaff, Dara Botts, Jennifer Botts, John Botts, John Stephen Botts, Julia Brooks, Lyle Brooks, Scott Brown, Taylor Brown, Adrian Butler, Eldridge Butler, Brandon Byers, Megan Byers, David Cadavero, Jonathan Cadavero, Nadia Cadavero, Roland Calderon, Trista Carter, Cynthia Coln, Erica Cope, Jacob Cope, Jonathan Cope, Joshua Cope, Linda Cope, Philip Cope, Brenna Corbin, Brandy Cottrell, James Cottrell, Megan Cottrell, Sherri Cottrell, Mariah Coward, Duncan Crookston, Leesha Crookston, Patricia Cruz, Abigail Rose Cuka, Daniel Cuka, Melissa Kay Cuka, Elizabeth Cunningham, Louis Dahlman, Lucas Dahlman, Michelle Dearing, Jason Diamond, Loramay Diamond, Madison J. Diamond, Michael Diamond, Sean Diamond, Taylor M. Diamond, Sally Diamond Wiley, James Donaldson, Peggy Donaldson, Erin Dructor, Barry Edds, Joel Edds, Jonathan Edds, Julia Edds, Adam Egli, Danielle Egli, Norman Forbes, IV, Joshua Ford, Lonnie Ford, Shawn Ford, Simona Francis, Joseph Gage, Randy Gage, Samantha Gage, Tamara Gage, Derek Gagne, Shawn Gajdos, Benedict Gonzalez, Laura Gonzalez, Zachariah Gonzalez, Wendy Green, Monique Shantel Green Richard, Jerral Hancock, Samantha Hancock, Blake Harris, Deborah Harris, Joanna Harris, Gary L. Henry, Bryant Herlem, Lanita Herlem, Alicia Igo, Devin Igo, Melinda Igo, Pam Jones, Betty Jean Kline, John Kline, Jr, Keith Kline, David A. Knapp, Jeanette Knapp, Christopher Kube, David Kube, Jason Kube, Jennifer Kube, Jessica Kube, Jonathan Kube, Rachel Lambright, David Lantrip, Lydia Lantrip, Ashlea Lewis, Ashley Lewis, Barbara Liimatainen, Anthony Lill, Charmaine Lill, Eric Lill, Kortne Lill Jones, Luigi Marciante, Maria Marciante, Stephanie Marciante, Enza Marciante Balestrieri, Kristia Markarian, Francisca Marmol, Stephanie Marmol, Sarah Martinez, Saul Martinez, Linda Mattison-Ford, Barry Mayo, John Mayo, Callie McGee, Pamela McKean, Jessica Mecklenburg, Alyssa Merrill, Jason Merrill, Timothy Merrill, Wanda Sue Merrill, Velia Mesa, Velia A. Mesa, Rosa Milagro, Kathryn Miller, Justin Mixon, Kenneth Mixon, Melinda Mixon, Tia Mixon, Walter Mixon, Christopher Modgling, Joshua Modgling, Keith Modgling, Michelle Modgling, Trista Moffett, Julie Montano, Kathy Moore, Thomas Moore, Jr, Adam Morris, Amy Morris, Daniel Morris, Glenn Morris, Faye Mroczkowski, Andrew Nelson, Kayla Nelson, Kristie Nelson, Sharon Osborne, Skye Otero, Debbie Otte, Cody Paupore, Joe Paupore, | |

| | |
|---|---|
| Maria Paupore, Nicholas Paupore, Thomas Paupore, Leslie Paupore Bueno, Cameron Payne, Julie Payne, Andrew R. Pearson, Jon Marie Pearson, Kristie Pearson, Diane Pennington, Daniel Perez, Emily J.T. Perez, Kevyn Perez, Vicki Perez, Amber Piraneo, Joshua Plocica, Mirtha Ponce, Gloria Prosser, Marcus Ramos, Evelyn Rauda, Jasmyn Rauda, Saul Rauda, Yeny Rauda, Elaine Richard, Glenn Richard, Heather Richard, Joseph Richard, Jr, Joseph Richard, Tammy Richard, Carmen Richard Billedeaux, Brenda Richards, Lucy Rigby, Joey Robinson, Julia Rosa, Julie Rosenberg, Mark Rosenberg, Jennifer Rubio, Ryan Russell, Laura Russell Kennedy, Brian Saaristo, Cheryl Saaristo, Shirley Ann Saaristo, Kenneth Schaffer, Brooks Schild, Bruce Schild, Colleen Schild, Kay Schild, Richard Schild, Corey Schlenker, Ben Schumann, James Schumann, Jason Schumann, Austin Sowinski, Jared Sowinski, Nicholas Sowinski, Kimberly Spillyards, Mary Steinman, Blake Stephens, Kay Stockdale, Brandon Stout, Tamara Stout, William Stout, Kellilynn Stuart, Jermaine Takai, John Takai, Jolene Takai, Jonamae Takai, Juan Takai, Mae Takai, Niana Takai, Brandon Teeters, Lisa Thompson, Lowell Thompson, Doyle Thorne, Karen Thorne, William Thorne, Walter Tollefson, John O Tollefson, Andrew Tong, Teodoro Torres, Yarissa Torres, Diane Traynor Sowinski, Savannah Tscherny, Stacie Tscherny, Jose Ulloa, Jose E. Ulloa, Ruberterna Ulloa, Marianne Vendela, Travis Vendela, Michelle Wager, Bryan Wagner, David Wakeman, Dustin Wakeman, Margaret Wakeman, William Wakeman, Briana Waswo, James Waswo, Janet Waswo, Doeshie Waters, Norris Waters, Sr, Chad Weikel, Ian Weikel, Billie Wells, Jr, Randall Wendling, Carrie Wendling, Michael J. Wendling, Jennifer White, Lucas T. White, Bianca Wilcox, Carlos Wilcox, Charlene Wilcox, Charles Wilcox, III, Ona Wilcox, James Wiley, Le Ron A. Wilson, Gina Wright, Kimberly Yarbrough, Conietha Zapfe, Edward Zapfe, Jospeh Zapfe | |